

# NUMBER 13-24-00370-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ZAYA ZAVALA, **Appellant,**

**v.**

7-ELEVEN, INC. D/B/A STRIPES, **Appellee.**

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's unopposed motion to dismiss appeal. Appellant asserts there is no final, appealable order and otherwise no longer wishes to pursue this appeal.

The Court, having considered appellant's unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's

unopposed motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
15th day of August, 2024.